

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00283-CV

EVERETT A. LAAS
AND ANNIE K. LAAS,

                                                            **Appellants**

 v.

THEODORE R. KEHTEL
AND JENNIFER C. KEHTEL,

                                                            **Appellees**

### From the 369th District Court
### Leon County, Texas
### Trial Court No. O-12-00496

## MEMORANDUM OPINION

On September 21, 2018, the Clerk of this Court notified Appellants that the $205 filing fee in this cause was past due and that the appeal would be dismissed if Appellants did not either establish the right to proceed without payment of costs or pay the filing fee within fourteen days of the date of the letter. No response has been received from Appellants. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 24, 2018
[CV06]

